UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                       :
PAUL REYES,                                         :

                       Movant,                      :
                                                       :         23-MC-350 (JMF)
          -v-                                      :
                                                       :              ORDER
JP MORGAN CHASE,                      :

                       Respondent.             :
                                                       :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On September 22, 2023, Movant Paul Reyes filed a motion to compel compliance with a subpoena served on Respondent JP Morgan Chase in connection with a lawsuit pending in the United States District Court for the District of Connecticut. ECF No. 1. Unless and until the Court orders otherwise, no later than **September 27, 2023**, Movants shall serve this Order and (unless already served) its motion papers, both electronically and/or by overnight courier, on Respondent and on all Parties in the District of Connecticut action and file proof of such service on the docket.

        "When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court *if the person subject to the subpoena consents* or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f) (emphasis added). **No later than October 2, 2023, Respondent shall file a letter indicating whether it would consent to a Rule 45(f) transfer to the District of Connecticut. If Respondent does not consent, Movant may file a letter addressing the issue of transfer within one business day of Respondent's letter.**

        Unless and until the Court (or the transferee court in the event of any transfer) orders otherwise, any opposition to the motion — including any opposition by other Parties in the District of Connecticut action — shall be filed no later than **October 5, 2023**. No reply may be filed absent leave.

        SO ORDERED.

Dated: September 26, 2023
       New York, New York                                  JESSE M. FURMAN
                                                        United States District Judge