UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PAUL REYES, :
:
:
Movant, :
: 23-MC-350 (JMF)
-v- :
: ORDER
:
JP MORGAN CHASE, :
:
Respondent. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 26, 2023 Order, ECF No. 3, Respondent was required to file, no later than October 2, 2023, a letter indicating whether it would consent to a transfer of this case to the District of Connecticut pursuant to Rule 45(f) of the Federal Rules of Civil Procedure.  ECF No. 3.  To date, Respondent has not filed a letter.  As a courtesy, Respondent's deadline is hereby EXTENDED, *nunc pro tunc*, to **October 6, 2023**.  By the **same date**, Movant shall also submit a letter addressing whether a transfer is warranted.

      If Respondent does not file a letter by October 6, 2023, the Court will deem Respondent to have consented to a transfer of this case to the District of Connecticut and to the presiding judge in *Reyes v. Receivables Performance Mgmt. LLC*, 3:19-CV-1207 (RNC) (D. Conn.), and the Court will transfer the matter forthwith without further notice to the parties.

      SO ORDERED.

Dated: October 3, 2023
      New York, New York
                                                   JESSE M. FURMAN
                                                   United States District Judge