UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PAUL REYES,                                                            :
                                                                       :
                                  Movant,                              :
                                                                       :         23-MC-350 (JMF)
        -v-                                                            :
                                                                       :         TRANSFER ORDER
JP MORGAN CHASE,                                                       :
                                                                       :
                                  Respondent.                          :
                                                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 5, 2023, both parties filed letters consenting to the transfer of this case to the United States District Court for the District of Connecticut and to the presiding judge in *Reyes v. Receivables Performance Mgmt. LLC*, 3:19-CV-1207 (RNC) (D. Conn.), pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. *See* ECF Nos. 8, 9. Accordingly, this case is hereby TRANSFERRED. All pending deadlines are moot. The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Connecticut **immediately**, without regard to Local Rule 83.1.

      SO ORDERED.

Dated: October 5, 2023
       New York, New York                                       JESSE M. FURMAN
                                                             United States District Judge